for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. P. Marcell Barceloux* for petitioner. *Mr. W. Coburn Cook* for respondents.

No. 535. TITUS *v.* UNITED STATES. December 3, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Robert Ash* and *Ray S. Fellows* for petitioner. *Solicitor General McGrath, Assistant Attorney General Clark, Messrs. Sewall Key, Robert N. Anderson* and *Carlton Fox* for the United States.

No. 542. ELIZABETH ARDEN SALES CORP. *v.* GUS BLASS Co. December 3, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. A. W. Dobyns* and *A. F. House* for petitioner. *Messrs. Grover T. Owens* and *S. Lasker Ehrman* for respondent.

No. 545. McMANUS *v.* MARINE TRANSPORT LINES, INC. December 3, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Silas B. Axtell* and *Lucien V. Axtell* for petitioner. *Messrs. Walter X. Connor* and *Vernon S. Jones* for respondent.

No. 546. O'LEARY ET AL. *v.* LIGGETT DRUG Co.;
No. 547. O'LEARY ET AL. *v.* SEARS, ROEBUCK & Co.; and
No. 548. O'LEARY ET AL. *v.* JOHNSTON-SHELTON Co., DOING BUSINESS AS THE HOME STORE. December 3, 1945.